**Order filed March 16, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00576-CV
_____

### STEVEN HOTZE, M.D., MATT BRICE, NORMAN ADAMS AND AL HARTMAN, Appellants

### V.

### LINA HIDALGO, IN HER OFFICIAL CAPACITY AS HARRIS COUNTY JUDGE, LAURIE L. CHRISTENSEN, IN HER OFFICIAL CAPACITY AS HARRIS COUNTY FIRE MARSHAL; AND THE STATE OF TEXAS, Appellees

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-38804**

---

## O R D E R

Appellants' brief was due February 25, 2021. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **March 25, 2021**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Hassan.